IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*[Electronically Filed]*

ERIC A. MARTIN

    Plaintiff,

v.

AGI TRANSPORT, INC.;
PENSKE TRUCK LEASING CORP.;
PARVEEN K. BRAR; and AJIT BRAR

    Defendants.

Case No.: 3:19-cv-40-GNS

Judge: Chief Judge Greg N. Stivers

**JOINT NOTICE OF REMOVAL**

Please take notice that Defendants, AGI Transport, Inc. ("AGI"), Parveen K. Brar and Ajit Brar (collectively "AGI Defendants"), hereby remove this action from the Hardin County Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division, on the following bases:

    1.    On or about December 14, 2018, Plaintiff, Eric Martin ("Plaintiff"), filed his Complaint in the Hardin County Circuit Court, Division 3, Civil Action No. 18-CI-01994, against Defendants, asserting negligence claims against them that stem from a motor vehicle accident ("the Accident"). (*See* state court pleadings, collectively attached hereto as Exhibit 1.)

    2.    On or about December 31, 2018, AGI was served via certified mail. (*See* Exhibit 1.) On that same day, the undersigned counsel agreed to accept service on behalf of Defendants, Parveen K. Brar and Ajit Brar. (*See* December 31, 2018 email, attached hereto as Exhibit 2.)

1

3. According to Plaintiff's Complaint, Plaintiff is now and was at the commencement of this action a citizen of Florida. (*See* Plaintiff's Complaint, ¶1.)

4. The AGI Defendants are now and were at the commencement of this action citizens of Ontario, Canada. (*See* Plaintiff's Complaint, ¶¶2, 4 and 5.)

5. According to Plaintiff's Complaint, Defendant, Penske Truck Leasing Corp. ("Penske"), is now and was at the commencement of this action a citizen of both Delaware and Pennsylvania, because it is a corporation organized under the laws of Delaware and its principal place of business is located in Reading, Pennsylvania. (*See* Plaintiff's Complaint, ¶3.)

6. Plaintiff alleges in his Complaint that he suffered serious injuries as a result of the Accident and seeks the following damages: (a) property damage to his vehicle; (b) past and future medical expenses; (c) lost wages; (d) permanent impairment of his power to labor and earn money; and (e) pain and suffering. (*See* Plaintiff's Complaint, ¶18.)

7. In pre-suit communications between counsel, Plaintiff has itemized his past medical expenses alone to total more than $1,000,000.00. (*See* Plaintiff's medical expense itemization, attached hereto as Exhibit 3.)

8. As such, removal is proper and this Court has original jurisdiction over this action under 28 U.S.C. §1332(a)(1), because the parties are citizens of different states and because the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9. According to Plaintiff's Complaint, venue was proper in Hardin County, Kentucky, because the Accident occurred in Hardin County. (*See* Exhibit 1.)

9558518v.1

10.     Accordingly, this action is hereby removed to the United States Court for the Western District of Kentucky, Louisville Division, pursuant to U.S.C. §§ 1441 and 1446 and pursuant to the Joint Local Rules of Civil Practice, LR 3.1.

11.     This Notice of Removal is filed within thirty (30) days of the AGI Defendants being served with the initial pleading setting forth the claim for relief upon which the proceeding is based.

          Respectfully submitted,

          */s/ Lynsie Gaddis Rust*
          Lynsie Gaddis Rust
          Wilson, Elser, Moskowitz, Edelman & Dicker LLP
          100 Mallard Creek Road, Suite 250
          Louisville, KY  40207
          Telephone: 502.238.8500
          Facsimile: 502.238.7995
          lynsie.rust@wilsonelser.com
          *Attorneys for Defendants, AGI Transport, Inc., Parveen K. Brar and Agit Brar*

## **CERTIFICATE OF SERVICE**

  This is to certify that on the, I electronically filed this document through the ECF system which will send a notice of electronic filing to the following:

Christopher H. Morris
Hargadon, Lenhihan & Herrington PLLC
713 West Main Street
Louisville, KY 40202
*Counsel for Plaintiff*

  This is to certify that on the 15th of January, 2019, I also mailed this document through U.S. mail to the following:

Penske Truck Leasing Corporation
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

  The undersigned also hereby certifies that a copy of the foregoing was filed with the Hardin County Circuit Court pursuant to 28 U.S.C. 1446(d).

              /s/ Lynsie Gaddis Rust
              *Attorneys for Defendants, AGI Transport, Inc., Parveen K. Brar and Agit Brar*