|  |  |
|---|---|
| CASE NO. | HARDIN CIRCUIT COURT<br>DIVISION<br>JUDGE |
| ERIC A. MARTIN<br>P.O. BOX 501167<br>MALABAR, FL  32950 | PLAINTIFF |
| v.            **COMPLAINT** |  |
| AGI TRANSPORT, INC.<br>328 MOUNTAINASH ROAD<br>BRAMPTON, ON | DEFENDANTS |

SERVE:   GREGORY M. FUNFSINN
         771 CORPORATE DRIVE
         SUITE 900
         LEXINGTON, KY  40503

And

PENSKE TRUCK LEASING CORPORATION
RT. 10, GREEN HILLS
P.O. BOX 1321
READING, PA  19603

SERVE:   CORPORATION SERVICE COMPANY
         421 WEST MAIN STREET
         FRANKFORT, KY  40601

And

PARVEEN K. BRAR
37 KEMPSFORD CRES
BRAMPTON, ON  L7A 0B6, CANADA

SERVE:   KENTUCKY SECRETARY OF STATE
         700 CAPITAL AVENUE, SUITE 86
         FRANKFORT, KY  40601

And

AJIT BRAR
37 KEMPSFORD CRES
BRAMPTON, ON  L7A 0B6, CANADA

SERVE:   KENTUCKY SECRETARY OF STATE
700 CAPITAL AVENUE, SUITE 86
FRANKFORT, KY 40601

\*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Eric A. Martin, by counsel, and for his cause of action against the Defendants, states as follows:

## PARTIES

1. That Plaintiff, Eric A. Martin, at all times relevant herein, is and was a resident of the State of Florida.

2. That Defendant, AGI Transport, Inc. (hereinafter "AGI"), at all times relevant herein, is and was a foreign corporation authorized and existing under the laws of Ontario, Canada, with its principal place of business at 328 Mountainash Road, Brampton, ON, and at all times relevant herein, had an agency relationship with Defendants, Parveen K. Brar and Ajit Brar (hereinafter collectively "Brars"), who caused the subject collision. Defendant AGI specializes in over-the-road hauling of goods through the United States, including Kentucky.

3. That Defendant, Penske Truck Leasing Corporation (hereinafter "Penske"), is a foreign corporation organized under the laws of Delaware with its principal place of business at Route 10 Green Hills, P.O. Box 1321, Reading, Pennsylvania.

4. That Defendant, Parveen K. Brar, at all times relevant herein, is a foreign individual, and is a resident of Ontario, Canada, with a last known address of 37 Kempsford Cres, Brampton, ON L7A 0B6, Canada.

5. That Defendant, Ajit Brar, at all times relevant herein, is a foreign individual, and is a resident of Ontario, Canada, with a last known address of 37 Kempsford Cres, Brampton, ON L7A 0B6, Canada.

Filed        18-CI-01994    12/14/2018        Loretta Crady, Hardin Circuit Clerk

## FACTS

6. On or about December 16, 2016, at approximately 6:30 a.m., Plaintiff, Eric A. Martin, was travelling on Interstate 65 at or near mile marker 98 in Elizabethtown, Hardin County, Kentucky, when Defendants, who were then and there acting in their individual capacity, and as agents, employees, servants, representatives, assigns, and/or contractors (hereinafter collectively "Agents") of the other Defendants, negligently and carelessly collided their tractor-trailer into the back of Plaintiff's vehicle, causing serious personal injuries to him.

7. Specifically, at all times material, the Defendant AGI leased a 2016 Freightliner bearing the vehicle license number "PRP3571PS" from Defendant Penske. Defendant Brars was employed by Defendant AGI and the operator of the subject vehicle.

8. The subject vehicle operated by Parveen Brar was state-of-the-art and equipped with sophisticated collision-avoidance systems.

9. At all times material, while Plaintiff's Rav4 was stopped on the roadway with no visual obstructions, Defendant, Parveen Brar, drove the subject vehicle directly into the rear of Plaintiff's stopped Rav4.

10. Under the dangerous instrumentality doctrine, an owner who gives authority to another to operate the owner's vehicle, by either express or implied consent, has a nondelegable obligation to ensure that the vehicle is operated safely.

11. That the Defendants' actions, or lack thereof, with respect to the hiring, retention, contracting, use, and/or establishment of an agency relationship with the other Defendants or any other entity for which they served as Agents constituted negligent hiring, entrustment, retention, and/or supervision, as well as made them vicariously liable.

12. That Defendants knew, or should have known, that they and their Agents had to follow all applicable statutes and regulations.

Filed        18-CI-01994    12/14/2018        Loretta Crady, Hardin Circuit Clerk

13. That Defendants knew, or should have known, to implement policies and procedures to ensure their Agents had to follow all applicable statutes and regulations.

14. That Defendants knew, or should have known, to act reasonably under similar circumstances for the transport of goods over the road and across state lines.

15. That Defendant, Parveen Brar, knew, or should have known, that the subject vehicle she operated was not in compliance with Federal Motor Carrier Safety Administration ("F.M.C.S.A.") Regulations.

16. That Defendants failed to implement, publish, or otherwise convey policies and procedures to its Agents.

17. That Defendants, individually, and by and through their Agents, breached their duties.

18. That the negligence of the Defendants, individually and collectively, and/or as an Agent within the course and scope of their agency with the other Defendants, was a substantial factor in causing Plaintiff, Eric A. Martin, to sustain property damage to his vehicle, painful and permanent injuries to his body, to incur medical expenses, past and future, to lose time and income from his employment, to incur the permanent impairment of his power to labor and earn money, and to incur pain and suffering, both body and mind, from the time of the incident to the present and in the future, all of which is in excess of the minimal jurisdictional limits of this Court.

19. That the actions of each Defendant, collectively and individually, constituted willful and wanton disregard, and/or gross negligence warranting punitive damages in this matter.

WHEREFORE, Plaintiff demands:

1. Judgment against the Defendants, individually and collectively, in a sum which will fairly and reasonably compensate the Plaintiff for damages above alleged;

2. Pre-judgment and post-judgment interest;

3. Reasonable costs and expenses, including attorneys' fees;

4. Punitive damages;

5. Any and all other relief to which Plaintiff may appear entitled;

6. A trial by jury.

Respectfully submitted,

HARGADON, LENIHAN & HERRINGTON, PLLC

*(signature)*

CHRISTOPHER H. MORRIS
713 WEST MAIN STREET
LOUISVILLE, KY 40202
PHONE: (502) 583-9701
FAX:   (502) 589-1144
*Counsel for Plaintiff*

| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>01/15/2019 03:33:59 PM<br>Case #: 18-CI-01994<br>84382-2<br>Court:    **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL, *Defendant*

TO:  **PARVEEN K BRAR**
     **37 KEMPSFORD CRES**
     **BRAMPTON, ONTARIO L7A 0B6, CANADA,**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*
Hardin Circuit Clerk
Date: **12/14/2018**

Presiding Judge: HON. KELLY MARK EASTON (609182)

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

Served By _____

Title _____

CI : 000001 of 000001

---

Summons ID: @00000303724
CIRCUIT: 18-CI-01994 Return to Filer for Service
MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL



Page 1 of 1

eFiled

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>01/15/2019 03:34:14 PM<br>Case #: **18-CI-01994**<br>84382-2<br>Court: **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* **MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL**, *Defendant*

TO: **AJIT BRAR**
   **37 KEMPSFORD CRES**
   **BRAMPTON, ONTARIO L7A 0B6, CANADA,**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*

Hardin Circuit Clerk
Date: **12/14/2018**

Presiding Judge: HON. KELLY MARK EASTON (609182)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: @00000303725
CIRCUIT: 18-CI-01994 Return to Filer for Service
MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL

Page 1 of 1

eFiled



CI : 000001 of 000001

NOT ORIGINAL DOCUMENT
01/15/2019 03:34:30 PM
84382-2

AOC-E-105    Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    Courts.ky.gov

CR 4.02; Cr Official Form 1



Case #: **18-CI-01994**
Court: **CIRCUIT**
County: **HARDIN**

# CIVIL SUMMONS

Plantiff, MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL, Defendant

**TO:  GREGORY M FUNFSINN**
**771 CORPORATE DRIVE**
**SUITE 900**
**LEXINGTON, KY 40503**

Memo: Related party is AGI TRANSPORT, INC.

The Commonwealth of Kentucky to Defendant:
**AGI TRANSPORT, INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*
Hardin Circuit Clerk
Date: **12/14/2018**

Presiding Judge: HON. KELLY MARK EASTON (609182)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000303726
CIRCUIT: 18-CI-01994 Certified Mail
MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL



Page 1 of 1

**eFiled**

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>01/15/2019 03:34:52 PM<br>Case #: **18-CI-01994**<br>84382-2<br>Court:   **CIRCUIT**<br>County: **HARDIN** |

*Plantiff,* MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
     **421 WEST MAIN STREET**
     **FRANKFORT, KY 40601**

Memo: Related party is PENSKE TRUCK LEASING CORPORATION

The Commonwealth of Kentucky to Defendant:
**PENSKE TRUCK LEASING CORPORATION**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Loretta Crady*
Hardin Circuit Clerk
Date: **12/14/2018**

Presiding Judge: HON. KELLY MARK EASTON (609182)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
  To: _____

☐ Not Served because: _____

Date: _____, 20___

Served By _____

Title _____

CI : 000001 of 000001

Summons ID: @00000303727
CIRCUIT: 18-CI-01994 Certified Mail
MARTIN, ERIC A VS. AGI TRANSPORT, INC., ET AL



Page 1 of 1

**eFiled**