IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*[Electronically Filed]*

ERIC A. MARTIN

    Plaintiff,

v.                                       Case No.: 3:19-cv-00040-GNS

AGI TRANSPORT, INC.;
PENSKE TRUCK LEASING CORP.;
PARVEEN K. BRAR; and AJIT BRAR

    Defendants.

## AGREED ORDER OF DISMISSAL

Plaintiff, Eric Martin (hereinafter "Plaintiff"), having fully and completely resolved his claims against Defendants, AGI Transport, Inc., Penske Truck Leasing Corp., Parveen K. Brar and Ajit Brar ("Defendants"), via settlement, and having agreed that said settlement shall not constitute or be construed as an admission of liability on any party's behalf, said liability being expressly denied, Plaintiff further having agreed to dismiss all claims he has alleged in this lawsuit against Defendants with prejudice, the Court having reviewed the record and being sufficiently advised;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants are **DISMISSED** with prejudice. The parties are to bear their own costs and fees.

Greg N. Stivers, Chief Judge
United States District Court

November 13, 2019

1

**HAVE SEEN AND AGREED:**

*/s/ Christopher H. Morris* (by LGR with permission)
Christopher H. Morris
Hargadon, Lenihan & Herrington, PLLC
713 West Main Street
Louisville, Kentucky 40202
*Counsel for Plaintiff, Eric. A. Martin*

*/s/ Lynsie Gaddis Rust*
Lynsie Gaddis Rust
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
100 Mallard Creek Road, Suite 250
Louisville, Kentucky 40207
*Counsel for Defendants, AGI Transport, Inc.,*
*Parveen K. Brar and Ajit Brar*

10232353v.1